UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TERRY REED,

               Plaintiff,

   v.

COMMISSIONER OF SOCIAL
SECURITY,

               Defendant.

Case No. C18-675 RSM

ORDER

Having reviewed the Report and Recommendation of the Honorable Michelle L. Peterson, United States Magistrate Judge, any objections or responses to that, and the remaining record, the Court finds and ORDERS:

(1)     The Court ADOPTS the Report and Recommendation.

(2)     The final decision of the Commissioner is REVERSED and this case is REMANDED for further administrative proceedings.

The Clerk is directed to send copies of this Order to the parties and to Judge Peterson.

Dated this 25th day of April 2019.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE